IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00210-REB

UNITED STATES OF AMERICA,
        Plaintiff,

v.

MATTHEW DEWAYNE JARAMILLO,

        Defendant.

---

## UNOPPOSED MOTION FOR ORDER AUTHORIZING PSYCHIATRIC OR PSYCHOLOGICAL EXAMINATION FOR THE PURPOSE OF DETERMINING COMPETENCY

---

COMES NOW the Defendant Matthew Dewayne Jaramillo, by and through his court-appointed counsel, Daniel T. Smith, and hereby moves this Court for an order authorizing a psychiatric or psychological examination of the Defendant by a certified psychiatrist or psychologist for the purpose of determining whether he suffers from a mental disease or defect, and to thereafter, set a hearing to determine his competency to proceed, pursuant to 18 U.S.C. Section 4241(a), (b), and (c), and 18 U.S.C. Section 4247(b) and (c). In support therefore, the Defendant would state as follows:

1. The Defendant is charged in the within indictment with seven criminal counts, including charges of violation of 18 U.S.C. Section 113(a)(1), (3), and (6); 18 U.S.C. Section 922(g)(1); 18 U.S.C. Section 922(j) and (k); 18 U.S.C. Section 924(c)(1)(A)(III); and 18 U.S.C. Section 1153. Mr. Jaramillo tendered pleas of not guilty to those charges on Wednesday, May 16, 2012. On that same date, United States Magistrate Judge Haggerty ordered Mr. Jaramillo detained without bond.

2. There is currently no trial date or pre-trial motions due date set in this matter.

3. The pre-trial services report in this matter contains information indicating that Mr. Jaramillo has some history of mental health problems. This court also heard a previous case involving Mr. Jaramillo, Case Number 04-cr-00442-REB. In that pre-sentence investigation report, there was also reference to mental illness issues with Mr. Jaramillo. Based upon this information and court appointed counsels' interactions with Mr. Jaramillo, Counsel has reason to believe that Mr. Jaramillo may be suffering from a mental disease or defect, rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him, or to assist properly in his defense. Counsel requests the court order a psychiatric or psychological evaluation for purposes of determining competency.

4. Pursuant to 18 U.S.C. Section 4247(b) and for the purposes of conducting this examination, Counsel requests that the Defendant be committed to the custody of the United States Attorney General for a reasonable period, not to exceed 30 days, unless an extension is appropriately sought pursuant to the provisions of the same statute.

5. Pursuant to 18 U.S.C. Section 4247(c), Counsel further requests the Court to direct the preparation of a written report and that, once completed, copies of the report be delivered directly to undersigned counsel, the Assistant United States Attorney, and this court.

6. Counsel further requests that this court order Counsel to contact chambers to set a date for hearing on Mr. Jaramillo's competency.

7. Pursuant to 18 U.S.C. Section 3161(h)(1), the Defense maintains that the speedy trial clock is tolled until such time as a determination of competency is made.

8. Counsel has contacted Assistant United States Attorney James Candelaria, and he has advised he has no objection to the request sought above.

9. In addition, because Counsel cannot effectively discuss the case and any potential pre-trial motions with Mr. Jaramillo until a determination of Mr. Jaramillo's competency has been made, the Defense respectfully request that this court not set a trial date or a motions deadline date at this time.

Respectfully submitted,

/s Daniel T. Smith
*Daniel T. Smith*
1900 Grant Street, Suite 580
Denver, Colorado 80203
(303) 860-8100
FAX: (303) 860-8018
E-mail danieltsmith@qwestoffice.net
Attorney for Matthew D. Jaramillo