**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Action No. 12-cr-00210-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MATTHEW DEWAYNE JARAMILLO,

    Defendant.

## ORDER APPROVING JUROR QUESTIONNAIRE

**Blackburn, J.**

The attached **Juror Questionnaire** is approved for use in the trial of this case.

**THEREFORE, IT IS ORDERED** that a copy of the attached **Juror Questionnaire** shall be given to and completed by each prospective juror reporting for service in the trial of this case.

Dated May 3, 2013 at Denver, Colorado.

                                          BY THE COURT:

                                          /s/ Robert E. Blackburn
                                          Robert E. Blackburn
                                          United States District Judge